United States District Court
Southern District of Texas
**ENTERED**
April 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **KAYLA GARZA, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-96 |
| | § | |
| **LASALLE COUNTY, et al.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the parties' proposed Agreed Final Judgment, (Dkt. No. 30), and the Report and Recommendation of the United States Magistrate Judge, (Dkt. No. 31), both pertaining to the settlement of the claims brought on behalf of minor Plaintiffs A.G. and K.G. In his report and recommendation, Magistrate Judge dos Santos recommends that the Court approve the proposed settlement pertaining to minor Plaintiffs A.G. and K.G. (*Id.* at 1). All parties, including the Guardian ad Litem representing the minor Plaintiffs, waived objections to the Report and Recommendation. (*Id.* at 4).

Given that there are no objections, pursuant to Federal Rule of Civil Procedure 72(b)(1), the Court reviewed the report and recommendation and applied the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no abuse of discretion or clearly erroneous findings, the Court hereby **ADOPTS IN WHOLE** the report and recommendation. Accordingly, the parties' Agreed Final Judgment, (Dkt. No. 30), is **APPROVED**.

A final judgment will be entered contemporaneously with this Order.

It is so **ORDERED**.

**SIGNED** on April 23, 2025.

_____
John A. Kazen
United States District Judge